# Young / Sommer LLC

ATTORNEYS AT LAW

EXECUTIVE WOODS, FIVE PALISADES DRIVE, ALBANY, NY 12205
Phone: 518-438-9907 • Fax: 518-438-9914

www.youngsommer.com

Writer's Telephone Extension: 258
solson@youngsommer.com

July 29, 2022

<u>Via ECF</u>
Hon. Daniel J. Stewart
United States Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, New York 12207

RE:   *Cellco Partnership, et al v. Town of Saugerties et al.*
      Civil Action: 1:22-CV-107

Dear Judge Stewart:

This office represents Plaintiffs Cellco Partnership d/b/a Verizon Wireless and Tarpon Towers II, LLC in the above referenced matter.

I write to provide the Court with an update as to the status of this matter pursuant to the Uniform Pretrial Scheduling Order. Since the Preliminary Conference held in early May, the parties have had several conversations regarding the potential for settling this matter. Although agreement on a potential settlement has not been reached, the parties are currently exploring a potential settlement involving the use of property owned by the Mt. Marion Fire Department in the Town of Saugerties. We will advise the Court if the parties are able to reach a settlement.

Thank you for your consideration with respect to this matter.

Very truly yours,
YOUNG/SOMMER LLC

Scott Olson

cc:   All parties (via ECF)