# BURKE, SCOLAMIERO & HURD, LLP

PARTNERS
Kevin P. Burke
Peter M. Scolamiero
Jeffrey Earl Hurd *
Melissa J. Smallacombe
Thomas A Cullen
Judith B. Aumand
Bruce S. Huttner

* Also Admitted in MN

*Attorneys and Counselors at Law*
7 Washington Square
P.O. Box 15085
Albany, NY 12212-5085
518.862.1386
518.862.1393 *fax*
www.bshlaw.us

ASSOCIATES
Steven V. DeBraccio **
Crystal D. Navarra
Nathan F. Temblador

*Of Counsel:*
Andrea P. Demers

** Also Admitted in NJ

October 17, 2022

**Via ECF**
Honorable Magistrate Daniel J. Stewart
James T. Foley United States Courthouse
445 Broadway, Room 441
Albany, New York 12207-2936

    Re:    <u>Cellco Partnership, et al. v. Town of Saugerties, et al.</u>
           Case Number:    1:22-CV-00107
           Our File Number:    49.000

Dear Magistrate Stewart:

    Please accept this correspondence as a brief update with respect to the above-entitled matter. The parties in this case have worked diligently in attempting to reach a resolution with respect to all claims which are the subject of the present lawsuit. However, at this time, those discussions have not been completed. Nonetheless, I believe all of the parties are optimistic that a settlement will be forthcoming. Given the discovery deadlines of this case, I respectfully request, upon consent from all parties, a ninety (90) day extension to the dispositive motion deadline. While I remain optimistic, I do not want to be in a position where we have failed to comply with Your Honor's deadlines. Accordingly, all parties are requesting a ninety (90) day extension of the deadline for motions for summary judgment.

                  Respectfully yours,

                  BURKE, SCOLAMIERO & HURD

                  By: _____
                      JEFFREY EARL HURD, ESQ.
                      E-Mail: jeff@bshlaw.us

JEH:mrb

cc:    Scott P. Olson, Esq.
        Young Sommer, LLC
        5 Palisades Drive - Suite 300
        Albany, New York 12205

{A0688417.1 }